IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04CV500
(3:01CR195-1)

| | |
|---|---|
| HASSAAN HAAKIM RASHAAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court *sua sponte* for recusal and reassignment.

**IT IS, THEREFORE, ORDERED** that the undersigned hereby recuses himself from this matter, and the Clerk of Court is directed to reassign this case to another judge within this District.

Signed: September 15, 2008

Lacy H. Thornburg
United States District Judge