# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hassaan Haakim Rashaad,

      Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                           3:04cv500

United States of America,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/5/09 Order.

                                              Signed: February 9, 2009

                                              Frank G. Johns, Clerk
                                              United States District Court